**Joseph CLARK, Libelant-Appellee, v. Steam Tug BEAR, Her Engines, etc.; Cornell Steamboat Company, Claimant-Appellant.**

(Circuit Court of Appeals, Second Circuit. February 15, 1926.)

No. 208.

Appeal from the District Court of the United States for the Eastern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellee.

Before MANTON, HAND, and MACK, Circuit Judges.

PER CURIAM. Decree (11 F.[2d] 607) affirmed.